partment. May 21, 1909.) Action by John C. Piebes against Bertha Piebes, as executrix. L. Hanneman, for appellant. Marks & Marks, for respondent. No opinion, Determination affirmed, with costs. Order filed.

POLAND SPRING CO., Appellant, v. CENTURY HOLDING CO., Respondent. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by the Poland Spring Company against the Century Holding Company. F. P. Ufford, for appellant. J. M. Proskauer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

POND v. WILLIAMS. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Action by J. Warren Pond, against William J. B. Williams. No opinion. Motion denied.

PORTER et al., Respondent, v. INTERNATIONAL BRIDGE CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by Peter A. Porter and others against the International Bridge Company and others. No opinion. Motion for leave to appeal to Court of Appeals granted. Settle order before Presiding Justice McLENNAN on two days' notice.

POTTER, Respondent, v. ENGERT, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Mary E. Potter against Fred R. Engert. No opinion. Order affirmed, with $10 costs and disbursements.

POWERS, Respondent, v. HENRY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by Winslow Powers against Robert T. Henry. No opinion. Judgment and order affirmed, with costs.

PRAGER, Appellant, v. BROOKLYN DAILY EAGLE, Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Victor Prager against the Brooklyn Daily Eagle. No opinion. Judgment and order affirmed, with costs.

PRENTICE, Appellant, v. KEENEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 4, 1909.) Action by William W. Prentice against Isabel W. Keeney. No opinion. Judgment and order affirmed, with costs.

PRINCE, Respondent, v. SCHULTZ, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Charles H. Prince against Dietrich Schultz. No opinion. Judgment and order of the County Court of Queens county unanimously affirmed, with costs.

RADLEY, Appellant, v. SHOPIRE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) Action by Norman E. Radley, an infant, etc., against Samuel Shopire.

PER CURIAM. Judgment affirmed, with costs, upon opinion of Spring J., on former appeal in this case. 114 App. Div. 659, 99 N. Y. Supp. 1077.

McLENNAN, P. J., and ROBSON, J., dissent upon the grounds stated in the dissenting opinion of McLENNAN, P. J., on the former appeal.

RATHBUN, Respondent, v. MORNING TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Amos Rathbun against the Morning Telegraph Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents.

RAY, Respondent, v. MILLS, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Reuben Ray against Clifford D. Mills. No opinion. Judgment of the Municipal Court affirmed, with costs.

REED, Respondent, v. IRON ELEVATOR & TRANSFER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) Action by Civillia M. Reed, as administratrix, etc., against the Iron Elevator & Transfer Company. No opinion. Judgment and order affirmed, with costs.

REFKA, Respondent, v. ABDELNOUR, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Mariam Refka against Salma Abdelnour. No opinion. Motion to dismiss appeal granted, with costs.

RHEIMS et al., Respondents, v. SOLOMON INDEPENDENT CONSUMERS' ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Cyrus Rheims and others against the Solomon Independent Consumers' Ice Company. No opinion. Judgment and order affirmed, with costs.

RICH v. WESTCHESTER FIRE INS CO. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Harry Rich against the Westchester Fire Insurance Company. No opinion. Motion granted, with $10 costs. Order filed.

RIKER et al. v. NORTH BRITISH & MERCANTILE INS. CO. OF LONDON & EDINBURGH. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Edward L. Riker and others against the North British & Mercantile Insurance Com-